### HOWARD v. LYON.

A prisoner upon an execution who escapes, may be retaken at any place.

ACTION of false imprisonment. Issue to the jury.

The case was — The defendant was a constable of the town of Woodstock, and had an execution against said Howard, and took him by it; Howard escaped from him, and went to Providence, in the state of Rhode Island; Lyon applied to a justice of the peace, and got an escape warrant, to retake him; Lyon pursued Howard, and got his warrant renewed in Rhode Island, retook him, and committed him to the keeper of the gaol in Windham; and for that this action is brought.

Verdict and judgment that the defendant is not guilty — For an officer has right to pursue and retake his prisoner, wherever he can find him.